# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com



Powered by Clickability

May. 17, 2010
Copyright © Las Vegas Review-Journal

## Slain store clerk, 77, mourned

### Employee was able to shoot, kill would-be robber

By MIKE BLASKY and BRIAN HAYNES
LAS VEGAS REVIEW-JOURNAL

He was known as "Bill" to his friends, but to his wife, he was always "Chilly Willy."

"He was ripe, but he was getting better, like a bottle of wine," said Christine Burhoe, 58. "We didn't have kids. Neither of us could have any, but we always had each other. And I'm going to miss him."

William L. Burhoe, her husband of 16 years, was gunned down late Saturday night at the Super Mart convenience store were he worked as a clerk. But before he died, the 77-year-old shot and killed the would-be robber.

The coroner's office identified that man as Yendy Quinones, a 28-year-old who was paroled in October after serving 26 months for assault with a deadly weapon, according to prison records.

Las Vegas police said the gunman entered the store about 11:40 p.m. and placed a beer on the counter just before an altercation broke out and shots were exchanged.

Christine Burhoe said detectives told her that the robber, upon discovering he did not have enough money for beer, left the store. When he came back inside, he brought a gun and shot her husband, she said.

Christine Burhoe called the act "senseless" and said her husband would have paid for the man's beer had he asked.

"He would have paid for it and put his own money back in the drawer," she said. "All this, over a bottle of beer?"

At a vigil Monday evening outside the store, at 6595 W. Smoke Ranch Road near U.S. Highway 95, close to 50 adults and children crowded into the parking lot outside the store to remember William Burhoe.

His wife seemed overwhelmed by the showing.

"I just didn't realize how much all of you touched him and how much he touched you," she told them in between tears and hugs with tearful customers who came to pay their respects.

Many of them came to remember a man whom they knew as generous, humorous and even sometimes ornery.

"He was the heart of our neighborhood," Lorraine Wood said. "Everybody came and went, but he was always there."

Store owner Ed Kashat recalled how William Burhoe welcomed him each day with a joke and how his 300-pound frame reminded him of a "big bear" that you wanted to grab and hug.

He had worked at the store part time for the past three years, making extra money to bet on the horses, he said.

"He loved playing the horses," Kashat said.

Inside the store, Kashat placed donation boxes so customers could give money to help Christine Burhoe.

Outside the store, a makeshift memorial of prayer candles, real and fake flowers, photos and stuffed animals honored a man many called a hero.

Customers talked of William Burhoe's ever-present jokes and the ease with which he would dig into his own pocket to lend a buck or two to a customer.

On a homemade poster signed by more than a couple of dozen well-wishers, one entry stood out. Inside a hand-drawn heart a mother thanked William Burhoe for his generosity.

"Hey Bill. Here's your 50¢ you gave to my daughter," she wrote.

On the poster next to the words were two taped quarters.

Christine Burhoe said her husband was a former Marine police officer who had been an insurance broker and ran his own photography studio, among other jobs during his life, she said.

He had been working at the store to supplement his retirement and fill a financial void created when she lost her job more than a year ago, she said.

They started dating in 1978 and were married in 1993, the year they moved to Las Vegas from Maine, she said.

Coping with his death hasn't been easy, she said.

"I feel like I'm in a prison, trying to find my way out," she said. "He didn't deserve this. That's all I can think about."

Christine Burhoe said her husband was experienced with guns and kept one with him while he worked, but he never used the gun when the store was robbed before, she said.

She didn't believe he would have fired a shot until he already had been struck, she said.

"He wasn't like that," she said.

She later learned from police that after he was shot, her husband lunged forward and fired three times.

Knowing there won't be a trial has helped her through the anger, she said, as a sense of closure.

"It sounds morbid, but I'm glad he killed that guy," she said. "It's the Lord's justice."

Contact reporter Mike Blasky at mblasky@reviewjournal.com or 702-383-0283. Contact reporter Brian Haynes at bhaynes@reviewjournal.com or 702-383-0281.

**Find this article at:**
http://www.lvrj.com/news/police-say-store-clerk-returned-fire--killed-robber-before-he-died-94003239.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

# The Armed Citizen

Real Lives. Real stories. Real defense.

- Home
- 
- About
- Newsletter
- Press Release

Subscribe to feed

To search, type and hit e

## Archive for the ' NV ' Category

## Nevada: Slain store clerk, 77, mourned

Author: David

May 20

**Las Vegas, Nevada**

From the *Review Journal* of May 17, 2010

> **Slain store clerk, 77, mourned**
>
> He was known as "Bill" to his friends, but to his wife, he was always "Chilly Willy."
>
> "He was ripe, but he was getting better, like a bottle of wine," said Christine Burhoe, 58. "We didn't have kids. Neither of us could have any, but we always had each other. And I'm going to miss him."
>
> William L. Burhoe, her husband of 16 years, was gunned down late Saturday night at the Super Mart convenience store were he worked as a clerk. But before he died, the 77-year-old shot and killed the would-be robber.
>
> The coroner's office identified that man as Yendy Quinones, a 28-year-old who was paroled in October after serving 26 months for assault with a deadly weapon, according to prison records.
>
> Las Vegas police said the gunman entered the store about 11:40 p.m. and placed a beer on the counter just before an altercation broke out and shots were exchanged.
>
> Christine Burhoe said detectives told her that the robber, upon discovering he did not have enough money for beer, left the store. When he came back inside, he brought a gun and shot her husband, she said.

Christine Burhoe called the act "senseless" and said her husband would have paid for the man's beer had he asked.

"He would have paid for it and put his own money back in the drawer," she said. "All this, over a bottle of beer?"

At a vigil Monday evening outside the store, at 6595 W. Smoke Ranch Road near U.S. Highway 95, close to 50 adults and children crowded into the parking lot outside the store to remember William Burhoe.

His wife seemed overwhelmed by the showing.

"I just didn't realize how much all of you touched him and how much he touched you," she told them in between tears and hugs with tearful customers who came to pay their respects.

Many of them came to remember a man whom they knew as generous, humorous and even sometimes ornery.

"He was the heart of our neighborhood," Lorraine Wood said. "Everybody came and went, but he was always there."

Store owner Ed Kashat recalled how William Burhoe welcomed him each day with a joke and how his 300-pound frame reminded him of a "big bear" that you wanted to grab and hug.

He had worked at the store part time for the past three years, making extra money to bet on the horses, he said.

"He loved playing the horses," Kashat said.

Inside the store, Kashat placed donation boxes so customers could give money to help Christine Burhoe.

Outside the store, a makeshift memorial of prayer candles, real and fake flowers, photos and stuffed animals honored a man many called a hero.

Customers talked of William Burhoe's ever-present jokes and the ease with which he would dig into his own pocket to lend a buck or two to a customer.

On a homemade poster signed by more than a couple of dozen well-wishers, one entry stood out. Inside a hand-drawn heart a mother thanked William Burhoe for his generosity.

"Hey Bill. Here's your 50¢ you gave to my daughter," she wrote.

On the poster next to the words were two taped quarters.

Christine Burhoe said her husband was a former Marine police officer who had been an insurance broker and ran his own photography studio, among other jobs during his life, she said.

He had been working at the store to supplement his retirement and fill a financial void created when she lost her job more than a year ago, she said.

They started dating in 1978 and were married in 1993, the year they moved to Las Vegas from Maine, she said.

Coping with his death hasn't been easy, she said.

"I feel like I'm in a prison, trying to find my way out," she said. "He didn't deserve this. That's all I can think about."

Christine Burhoe said her husband was experienced with guns and kept one with him while he worked, but he never used the gun when the store was robbed before, she said.

She didn't believe he would have fired a shot until he already had been struck, she said.

"He wasn't like that," she said.

She later learned from police that after he was shot, her husband lunged forward and fired three times.

Knowing there won't be a trial has helped her through the anger, she said, as a sense of closure.

"It sounds morbid, but I'm glad he killed that guy," she said. "It's the Lord's justice."

*Thanks to Charlie for sending in the tip on this tragic story.*

Comments Off
Filed under: NV, business robbery, defender killed

# Nevada: Man shoots, kills intruder who broke into his home

Author: David

Jan 20

**Las Vegas, Nevada**

From the *Las Vegas Review-Journal* of January 19, 2010

**Man shoots, kills intruder who broke into his home**

An intruder is dead and the resident who shot him is still shaken after a home invasion in the central valley early Tuesday morning.

# EXHIBIT 3

# EXHIBIT 3

# The Armed Citizen

Real Lives. Real stories. Real defense.

- Home
- About

Subscribe to feed

To search, type and hit e

# Nevada: Man shoots, kills intruder who broke into his home

Posted by David

Jan 20

**Las Vegas, Nevada**

From the *Las Vegas Review-Journal* of January 19, 2010

> **Man shoots, kills intruder who broke into his home**
>
> An intruder is dead and the resident who shot him is still shaken after a home invasion in the central valley early Tuesday morning.
>
> The resident, a man in his 60s who uses a cane to walk, was visibly upset as he emptied the trash outside his home in the 700 block of Clarkway Drive, near Bonanza Road and Rancho Drive, at about 7:30 a.m. Tuesday.
>
> "I took a human life," said the resident, who declined to give his name. "I'm still dealing with that."
>
> The resident said he awoke about midnight to a sound at his front door. As he investigated, he saw a man kick open the door, breaking the chain lock, he said.
>
> The suspect took two steps inside the house, where the resident waited in the living room with a .45- caliber handgun at his waist. "I said, 'Get the hell out of my house,' and he stood there laughing," he said. "He said, 'I'm going to beat your ass and then I'm gonna kill you,' and he took one more step. Then I shot him."
>
> The resident said he was angry at morning television news broadcasts that claimed there was a scuffle before he fired the weapon. He is currently disabled because of several back surgeries that require substantial pain medication, he said. He had taken his medication that evening, and was in no shape for a physical confrontation, he said.

"There was no fight, no struggle," he said. "I just want to say that he (the suspect) broke into my house. I didn't want to do this."

Homicide Lt. Lew Roberts said the incident appears to involve "a criminal preying on the elderly."

According to a release, police arrived on scene and found the suspect's body in the doorway of the home, with a single gunshot wound to the chest.

Police are still investigating the incident, the release said.

*Thanks to John and Wesley for sending in this story!*

Filed under: NV, home invasion

- RSS feed for comments on this post

The comments are closed.

# About

Welcome to The Armed Citizen blog. Our mission is simple: Illustrate the right and need for self-defense by telling the stories of those saved by using guns, and to convince every human being that self-defense is a human right that must always be preserved.

About the Authors

Click here to read the NRA cover story which contains statistics and summaries from this website.

Click here to submit a story, question or advertisement query.

Consider making a donation and supporting our cause.



# Follow Us!

      

NetworkedBlogs

Blog:
The Armed Citizen

Topics:
guns, defense, Second Amendment

Follow my blog

# Support our Sponsors



News, Tutorials and Map for the Home Security industry.

Unique grips and accessories for your 1911!

**Get the word out!**
*Advertise here*



# Links and Blogs

- Britain Needs Guns
- Clayton's Home Page
- Clayton's Main Blog for Political Stuff
- DaveLoneRanger's Blog
- Gun Laws Don't Work
- Keep and Bear Arms: Defensive Gun Use
- Pajamas Media
- Pete Drum's Home Page
- Second Amendment Sisters
- Students for Concealed Carry on Campus
- The Daily Jabber
- The Gun Rights Blog

## Archives

- April 2010
- March 2010
- February 2010
- January 2010
- December 2009
- November 2009
- October 2009
- September 2009
- August 2009
- July 2009
- June 2009
- May 2009
- April 2009
- March 2009
- February 2009
- January 2009
- December 2008
- November 2008
- October 2008
- September 2008
- August 2008
- July 2008
- June 2008
- May 2008
- April 2008
- March 2008
- February 2008
- January 2008
- December 2007
- November 2007
- October 2007
- September 2007
- August 2007
- July 2007
- June 2007
- May 2007
- April 2007
- March 2007
- February 2007
- January 2007
- December 2006
- November 2006
- October 2006
- September 2006
- August 2006
- July 2006
- June 2006
- May 2006

- April 2006
- March 2006
- February 2006
- January 2006
- December 2005
- November 2005
- October 2005
- September 2005
- August 2005
- July 2005
- June 2005
- May 2005
- April 2005
- March 2005
- February 2005
- January 2005
- December 2004
- November 2004
- October 2004
- September 2004
- August 2004
- July 2004
- June 2004
- May 2004
- April 2004
- March 2004
- February 2004
- January 2004
- December 2003
- November 2003

This blog copyright © 2008 The Armed Citizen. All Rights Reserved.
SoulVision Theme created in Dreamweaver with ThemeDreamer
Imagery courtesy of Billy Alexander

# EXHIBIT 4

EXHIBIT 4

Comments Off
Filed under: NV, home invasion

# Nevada: Homeowner not charged for shooting, killing home invader

Author: David

Nov 14

**Las Vegas, Nevada**

From *WVRJ* of November 13, 2009

> **Homeowner not charged for shooting, killing home invader**
>
> The homeowner who shot and killed an intruder at his home Thursday evening has not been charged and Las Vegas police continue to investigate possible accomplices involved in the home invasion.
>
> The slaying occurred at 1845 Sycamore Trail, near Rancho and Vegas drives, about 5:30 p.m. Thursday.
>
> Police Lt. Lew Roberts said the homeowner, whom police did not identify, didn't know the man who kicked open the door of his home. The men engaged in a scuffle before the homeowner shot and killed the intruder.
>
> The Clark County coroner's office identified the deceased as Mark Matthew McIsaac. The 48-year-old Henderson man died of a gunshot wound to the chest.
>
> Roberts said the case will be reviewed by the district attorney's office.
>
> According to Clark County assessor's office records, the home is owned by Richard Schwartz. A red pick-up truck was parked at the one-story, stucco home today but nobody answered the door.
>
> Neighbor Royce Gubler said he has lived across the street from the man for about 20 years and said there hasn't been suspicious or unusual activity in the neighborhood.
>
> Gubler described his neighbor as a "good man" who lives alone and owns several adjacent lots. Gubler would not reveal his neighbor's name, but said he was a poker player.
>
> "I know he plays often," he said.
>
> Roberts said the homeowner and the suspect engaged in a fight in the front and back of the home. He said the homeowner used a revolver to shoot and kill the man inside the home.
>
> Roberts wouldn't say whether McIsaac has a criminal history in Las Vegas. Henderson police said McIsaac has no criminal history in their jurisdiction.
>
> Gubler wasn't home during the incident Thursday but said he thinks his neighbor acted lawfully.

The Clark County coroner's office identified the deceased as Mark Matthew McIsaac. The 48-year-old Henderson man died of a gunshot wound to the chest.

Roberts said the case will be reviewed by the district attorney's office.

According to Clark County assessor's office records, the home is owned by Richard Schwartz. A red pick-up truck was parked at the one-story, stucco home today but nobody answered the door.

Neighbor Royce Gubler said he has lived across the street from the man for about 20 years and said there hasn't been suspicious or unusual activity in the neighborhood.

Gubler described his neighbor as a "good man" who lives alone and owns several adjacent lots. Gubler would not reveal his neighbor's name, but said he was a poker player.

"I know he plays often," he said.

Roberts said the homeowner and the suspect engaged in a fight in the front and back of the home. He said the homeowner used a revolver to shoot and kill the man inside the home.

Roberts wouldn't say whether McIsaac has a criminal history in Las Vegas. Henderson police said McIsaac has no criminal history in their jurisdiction.

Gubler wasn't home during the incident Thursday but said he thinks his neighbor acted lawfully.

"I'm glad it came out OK for the homeowner and not the bad guy," he said. "He had the right to protect himself."

Comments Off
Filed under: NV, home invasion

# Nevada: Intruder fatally shot at LV home

Author: David

Oct 16

**Las Vegas, Nevada**

From the *Las Vegas Review Journal* of October 16, 2009

**Intruder fatally shot at LV home**

An intruder was shot dead by a resident in a northwest valley home Thursday night.