# EXHIBIT 5

# EXHIBIT 5

"I'm glad it came out OK for the homeowner and not the bad guy," he said. "He had the right to protect himself."

Comments Off
Filed under: NV, home invasion

# Nevada: Intruder fatally shot at LV home

Author: David

Oct 16

**Las Vegas, Nevada**

From the *Las Vegas Review Journal* of October 16, 2009

> **Intruder fatally shot at LV home**
>
> An intruder was shot dead by a resident in a northwest valley home Thursday night.
>
> Las Vegas police said four men broke into a house at 3025 Red Bay Way, near Cheyenne Avenue and Buffalo Drive, about 9:30 p.m.
>
> One of the four intruders was shot and killed. The other three fled the scene. Nobody else was injured, according to police, who gave no motive for the break-in.

Comments Off
Filed under: NV, home invasion

# Nevada: Attempted Burglary Ends with Shot Fired at Homeowner

Author: David

Sep 21

**Lemmon Valley, Nevada**

From *KOLO* of September 20, 2009

> **Attempted Burglary Ends with Shot Fired at Homeowner**
>
> Police are investigating after a Lemmon Valley homeowner was shot at by a Sheriff's Deputy while trying to defend his property from a suspected burglar Saturday night.
>
> Rocky Triplett with the Sparks Police Department says just before midnight Saturday, a drunk man, 35-year-old Christopher Pool, entered his neighbor's yard at 430 Paramount Ct. in Lemmon

# EXHIBIT 6

# EXHIBIT 6

The owner was able to shoot one suspect in the spine. The other two got away. It's unclear whether they took any merchandise.
?

This is the third incident in the last month where either a shop owner or clerk has shot a robbery suspect.

"You have the right to protect yourself and your family. And I'm sure people are tired of being robbed and I don't blame them," Metro Sgt. Hunt continued.

Comments Off
Filed under: NV, business robbery

Author: pete

Jan 22

## Las Vegas, Nevada

From Las Vegas? *KVBC.com* of January 22, 2007

### Homeowner shoots would-be burglar

A local homeowner shoots and kills a possible burglar. Metro says it happened around 9:30 Sunday night, at a home near Vegas and Buffalo.

Police say a person called 911 saying several men were trying to break in through a window. That's when police say the homeowner fired a gun several times. One of the burglars died at the scene.

The others ran away, but police were able to arrest a 20 year old man. Matthew Carpenter faces attempted burglary charges.

The homeowner was not arrested. The District Attorney will decide if he acted in self defense or if charges should be filed.

From the *Las Vegas Review Journal* of January 24, 2007

### Father who killed would-be teen intruder feared for family's safety

Raymond Hill's 12-year-old daughter shook him awake with news no father wants to hear: Someone was trying to break into their house.

It was Sunday about 9:30 p.m. The 34-year-old father reached into his night stand and pulled out his .40 caliber handgun, loaded it and went downstairs, according to a Metropolitan Police Department report.

While walking downstairs, he saw through a window two people in the backyard of his house on the 1600 block of Night Breeze Drive, near Buffalo and Vegas drives. Someone tried to open his locked back door. He waited and saw one of the suspects taking off a screen from his rear window, police said.

Hill then took aim and fired through the window, police said. One person fled from the backyard, but the other didn't. Hill shot 15-year-old Damien Clary through the head, killing him, authorities said.

Police found the teen's body just outside Hill's rear window. Officers also caught a second suspect, Matthew Tyler Carpenter, 20, who was biking away from the house after the shooting, police said. Hill's wife identified Carpenter as one of the men she saw in the backyard, police said.

Authorities booked Carpenter into the Clark County Detention Center on charges of burglary and conspiracy to commit burglary. Detectives interviewed Carpenter, who told them that he and two others went to the house intending to break in, police said. Carpenter thought the house was empty, police said.

Carpenter also admitted to smoking marijuana and methamphetamine and drinking two shots of alcohol, police said.

Police didn't arrest Hill, who told them he was "fearing for the safety of his family and himself," police said. Once they've completed their investigation, police will forward their findings to the Clark County District Attorney's office, which will decide whether charges are filed against the homeowner.

State law defines justifiable homicide as a person killing someone as they're trying to commit a felony in his presence or in a dwelling.

A neighbor, Lorenzo Hernandez, 41, said he had heard of at least one burglary on Night Breeze since the summer, but didn't believe crime was rampant in the area.

He added that he too owned a gun and supported his neighbor's decision to shoot the would-be intruder.
"I think if someone was in my backyard, I'm likely to do the same thing," he said.

Comments Off
Filed under: NV, residence burglary

Author: pete

Jan 12

## North Las Vegas, Nevada

From Las Vegas? KVBC.com of January 12, 2007

### N. Las Vegas store owner shoots robber

A North Las Vegas furniture store became the scene of a deadly shooting Thursday night when the store owner shot the person trying to rob him. It happened at Corona Furniture on Civic Center Drive near Lake Mead.

Police say the owner was waiting for a late night delivery when he heard a suspicious knock at the back door. He armed himself, and when he went to the back, the robber lunged at him.

The owner started shooting, hitting the robber who later died at UMC. Right now, this appears to be a case of self-defense, and there are no charges against the store owner.

# EXHIBIT 7

# EXHIBIT 7

Comments Off
Filed under: NV, business robbery

Author: Clayton

Jan 6

**North Las Vegas, Nevada**

From the January 6, 2007 Las Vegas *Review-Journal*:

> A convenience store manager shot and killed a robbery suspect and injured another Friday after the men entered his North Las Vegas store and took the manager and several customers hostage.
>
> The two suspects held up the American Mini Market at 2564 Las Vegas Blvd. North on Friday afternoon, North Las Vegas police said. Then, the robbery suspects bound the store manager and several customers using zip ties and tried to rob them, police said.
>
> The manager, whose name was not released, escaped from the ties and retrieved a gun stashed inside the store. Shortly after 2 p.m., the manager exchanged "a bunch" of shots with the suspects, North Las Vegas police spokesman Tim Bedwell said.
>
> Both of the suspects were hit with gunfire.
>
> One of suspects stumbled out of the store and died in the parking lot, Bedwell said. The other, whose name also was not released, was hit in the lower extremities and fled on foot, leaving a trail of blood, he said.
>
> The suspect was caught by police and taken to University Medical Center, where he was treated for injuries that were not life-threatening, Bedwell said. Police said the man could be charged with robbery and murder once he recovers from his wounds. Under Nevada law, a suspect in a felony crime in which a person dies can be charged with murder even if their actions didn't directly cause the death.
>
> No one else was injured in the shooting.
>
> "This is how we like these incidents to end up," Bedwell said.
>
> The customers called the manager a hero.
>
> "He saved us all," said 27-year-old Kevin Aden, who was in the store when the suspects came in.
>
> Aden said that he and the other people in the store were tied up for about 10 to 15 minutes in the back room as the suspects robbed them and the store.

Comments Off
Filed under: NV, business robbery, hostage

« Go Back — View more posts »

# Coming Soon: The Armed Citizen Newsletter!

# EXHIBIT 8

# EXHIBIT 8

Comments Off
Filed under: <u>NV</u>, <u>street property theft</u>

Author: pete

Feb 6

**Las Vegas, Nevada**

From the Las Vegas *Review-Journal* of February 6, 2004:

> **Burglary ends in shooting**
>
> Before Thursday morning, Bob Sherman's pistol sat unused in his night stand for a decade.
>
> That changed when the 59-year-old was awakened by a noise outside his home.
>
> The former Marine grabbed his 9 mm pistol and investigated. Several tense minutes later, a confrontation with a burglar ended with Sherman firing at the burglar's car as it drove away.
>
> "I wanted, No. 1, to send a message, 'Don't come back here,' and No. 2, I wanted to mark the car so we could identify them," Sherman said.
>
> Las Vegas police were investigating the 5:40 a.m. shooting on Del Monte Avenue, near Oakey and Valley View boulevards, but had no suspects, Sgt. Matt McCarthy said.
>
> Sherman could face charges for shooting at the car, but McCarthy said it was too early to know whether he will be charged.

Comments Off
Filed under: <u>NV</u>, <u>residence burglary</u>

Author: admin

Feb 2

**Reno, Nevada**

From the Reno *Gazette-Journal* of January 30, 2004:

> **Reno man pulls gun on suspected burglar**
>
> A Reno man suspected of trying to break into a Ford truck was held at gunpoint by the owner until police arrived, authorities said.
>
> The Reno truck owner told police he saw Bernardo Torres, 28, try to break into his vehicle about 3 p.m. Friday in the 700 block of Gentry Way. He took a handgun from his house and called police.
>
> Torres had driven to Gentry in a stolen Toyota Corolla, police said. He was arrested on suspicion of attempted vehicle burglary and possession of a stolen motor vehicle and booked into Washoe County Jail.

# EXHIBIT 9

# EXHIBIT 9



# EXHIBIT 10

EXHIBIT 10

```
Type of Work:       Text

Registration Number / Date:
                    TX0007168815 / 2010-07-06

Application Title: Slain store clerk, 77, mourned.

Title:              Slain store clerk, 77, mourned.

Description:        Electronic file (eService)

Copyright Claimant:
                    Righthaven LLC, Transfer: By written agreement.

Date of Creation:   2010

Date of Publication:
                    2010-05-17

Nation of First Publication:
                    United States

Authorship on Application:
                    Stephens Media LLC, employer for hire; Domicile: United
                       States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                    Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                       Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                       States, (702) 527-5900, dbrownell@righthaven.com

Names:              Stephens Media LLC
                    Righthaven LLC

================================================================================
```