J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BURNETT, an individual; CLAYTON E. CRAMER, an individual; and THE ARMED CITIZEN, an entity of unknown origin and nature,<br><br>Defendants. | Case No.: 2:10-cv-01200-RLH-RJJ<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, Righthaven LLC ("Righthaven"), by and through its attorneys of record, David Burnett ("Mr. Burnett"), Clayton E. Cramer ("Mr. Cramer"), and The Armed Citizen (the "Armed Citizen") collectively with Righthaven, Mr. Burnett, and Mr. Cramer known herein as the parties ("Parties"), and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby notify the Court that they have resolved their differences and hereby stipulate to a voluntary dismissal, with prejudice, of all claims asserted against Mr. Burnett, Mr. Cramer, and the Armed Citizen in the above-captioned matter.

WHEREFORE, the Parties request this Court enter an Order dismissing the above-captioned action filed against Mr. Burnett, Mr. Cramer, and the Armed Citizen with prejudice.

Dated this twenty-ninth day of September, 2010.

Submitted by:

| RIGHTHAVEN LLC | LEWIS AND ROCA LLP |
|---|---|
| /s/ J. Charles Coons | /s/ Nikkya Williams |
| J. Charles Coons, Esq. | Nikkya G. Williams, Esq. |
| 9660 West Cheyenne Avenue, Suite 210 | 3933 Howard Hughes Pkwy. Suite 600 |
| Las Vegas, Nevada 89129-7701 | Las Vegas, Nevada 89169 |
| Attorney for Plaintiff | Attorney for Defendant |

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: September 30, 2010**